UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD CEARLEY,

      Plaintiff,

v.                                    CASE NO.:  8:17-cv-00652-JDW-TGW

CITIBANK, N.A.,

      Defendant.

---

## PLAINTIFF'S NOTICE OF SETTLEMENT

---

Pursuant to Local Rule 3.08(a), the undersigned hereby gives notice that this matter has been settled by the parties, and a motion for dismissal shall be filed upon drafting and execution of the settlement documentation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this September 18, 2017, to all parties of record.

Respectfully submitted,

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*