THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD CEARLEY,

  Plaintiff,

v.                                        Case No. 8:17-cv-00652-JDW-TGW

CITIBANK, N.A.,

  Defendant.

_____/

## **STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Respectfully submitted this 26th day of September, 2017.

| /s/ *Heather H. Jones* | /s/ *Laura Westerman Tanner* |
|---|---|
| **Heather H. Jones** | **Reid Manley** |
| **(FL Bar# 0118974)** | **(FL Bar # 11612)** |
| **William "Billy" Peerce Howard** | Primary Email: rmanley@burr.com |
| **(FL Bar# 0103330)** | Secondary Email: kbassett@burr.com |
| The Consumer Protection Firm, PLLC | **Laura Westerman Tanner** |
| 210-A South MacDill Ave. | **(FL Bar # 85573)** |
| Tampa, FL 33609 | Primary Email: ltanner@burr.com |
| Telephone: (813) 500-1500 | Secondary Email: mmichelson@burr.com |
| Facsimile: (813) 435-2369 | BURR & FORMAN LLP |
| Heather@TheConsumerProtectionFirm.com | 201 North Franklin Street, Suite 3200 |
| Billy@TheConsumerProtectionFirm.com | Tampa, Florida 33602 |
|  | Telephone: (813) 221-2626 |
| *Attorneys for Plaintiff,* | Facsimile: (813) 357-3534 |
| **GERALD CEARLEY** |  |
|  | *Attorneys for Defendant* |
|  | **CITIBANK, N.A.** |